UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

MOLLY MOSSMAN,

                **Plaintiff,**

       **v.**                                      **Civil No. 07-1689-AA**

HOME DEPOT U.S.A., INC., a Delaware
corporation, dba THE HOME DEPOT,

                **Defendant.**

## JUDGMENT

This action is dismissed with prejudice and without costs to any party.

Dated: June 3, 2008.

                      SHERYL MC CONNELL, CLERK

              by:    /s/ Leslie Engdall
                      Leslie Engdall, Deputy

**JUDGMENT**                                   **DOCUMENT NO:** _____